UNITED STATES ex rel. Antonio Gomez MA-
QUEO, Relator-Appellant, v. William C.
HECHT, as U. S. Marshal, etc., et al., Re-
spondents-Appellees.

UNITED STATES ex rel. Salvador ATECA,
Relator-Appellant, v. SAME.

Circuit Court of Appeals, Second Circuit.
May 22, 1929.

Nos. 373, 374.

D. P. Siegel, of New York City (Dudley
Field Malone, Leo H. Klugherz, and Sidney
Handler, all of New York City, of counsel),
for appellants.

Charles H. Tuttle, U. S. Atty., of New
York City, for appellee.

Before MANTON, L. HAND, and
CHASE, Circuit Judges.

PER CURIAM. Orders affirmed in open
court.

WARNER SUGAR REFINING COMPANY,
Libelant-Appellee, v. MUNSON STEAM-
SHIP LINE, Respondent-Appellant.

MUNSON STEAMSHIP LINE, Cross-Libelant-
Appellant, v. WARNER SUGAR REFIN-
ING COMPANY, Cross-Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
May 20, 1929.

No. 342.

Bigham, Englar, Jones & Houston, of
New York City (Henry N. Longley, F. Her-
bert Prem, and Roger H. Loughran, all of
New York City, of counsel), for libelant
cross-respondent.

Kirlin, Woolsey, Campbell, Hickox &
Keating, of New York City (L. De Grove
Potter and Earl Appleman, both of New
York City, of counsel), for respondent and
cross-libelant.

Before MANTON, SWAN, and AUGUS-
TUS N. HAND, Circuit Judges.

PER CURIAM. Decree (23 F.(2d) 194)
affirmed.

WESTERN UNION TELEGRAPH CO. v.
LOUISVILLE & NASHVILLE RAIL-
ROAD CO.

Circuit Court of Appeals. Sixth Circuit.
May 7, 1929.

No. 4834.

Humphrey, Crawford & Middleton, of
Louisville, Ky., Walker D. Hines, Charles A.
Marshall, John A. McQuillan, and Francis R.
Stark, all of New York City, and Charles T.
Cates, Jr., of Knoxville, Tenn., for appel-
lant.

E. S. Jouett and J. H. McChord, both
of Louisville, Ky., and J. B. Wright, of
Knoxville, Tenn., for appellee.

PER CURIAM. Order dismissing ap-
peal settled.

YEE ZUAN, alias Charlie Yee, v. UNITED
STATES.

Circuit Court of Appeals, Sixth Circuit.
April 12, 1929.

No. 5263.

Demson, Phillips & Davis, of Cleveland,
Ohio, for appellant.

W. J. Mahon, U. S. Atty., and Howell
Leuck, Asst. U. S. Atty., both of Cleveland,
Ohio.

PER CURIAM. Dismissed, for failure
of appellant to file brief.